

150 South Fifth Street
Suite 1850
Minneapolis, MN 55402

p: 612-455-7050
f: 612-455-7051

www.newmarkstorms.com

December 16, 2021

**Via ECF**

Hon. Tony N. Leung
leung_chambers@mnd.uscourts.gov

**Re: Hunziker v. Doherty et al, 20-cv-2188 (NEB/TNL)**

Your Honor,

     I write after being directed to do so by your Chambers.  The Hennepin County Board has approved the settlement with Plaintiff. The nature of the settlement requires a minor petition due to a separate but related claim that was not filed in this Court.  Therefore, we must seek minor approval in state court on that aspect, and the entirety of the settlement is contingent upon that approval.  Plaintiff is working diligently to resolve lien issues so that the petitions may be presented, and Plaintiff shall continue forward with prosecution of the remaining case.

                Respectfully submitted,

                /s/ Jeffrey S. Storms

c: Counsel of Record