UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Hunziker as trustee for the next of kin of ALH, | Case No. 20-cv-2188 (NEB/TNL) |
| Plaintiff, | |
| vs. | |
| Patricia Doherty, in her individual capacity; County of Hennepin, Minnesota; Robert Marshall, M.D.; Kristen Medhanie; and Allina Health System, | |
| Defendants. | |

**Statement Instead of Redacted Documents**

Plaintiff hereby files this statement instead of redacted documents for the following documents, attached to the Petition for Distribution of Wrongful Death Proceeds, for the following reasons:

**Exhibit 2** – Document is confidential because the entire document contains work-product privileged information. Plaintiff has not given any party other than himself and the Court access to this document.

**Exhibit 3** – Document is confidential because it contains confidential juvenile court data. Plaintiff has given all parties to this litigation access to this document.

**Dated: June 16, 2022**

**NEWMARK STORMS DWORAK LLC**

/s/ Jeffrey S. Storms
Jeffrey S. Storms (#0387240)
Eric L. Newmark (#259792)
Paul C. Dworak (#391070)
Christopher L.B. Scott (#398535)
150 South Fifth Street, Suite 1850
Minneapolis, MN 55402
Phone: 612-455-7050
Fax: 612-455-7051
jeff@newmarkstorms.com
eric@newmarkstorms.com
paul@newmarkstorms.com
chris@newmarkstorms.com

*and*

**OLSON DEFENSE, PLLC**
Eric J. Olson (#0278427)
Olson Defense PLLC
8009 34th Avenue South, Suite 1492
Bloomington, MN  55425
Phone:  952-835-1088
Fax:  952-835-4660

***ATTORNEYS FOR PLAINTIFFS***