# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Thoams Hunziker as trustee for
the next of kin of ALH,

    Plaintiff,

vs.

Patricia Doherty, in her individual capacity;
County of Hennepin, Minnesota; Robert
Marshall, M.D., Kristen Medhanie; and Allina
Health System,

    Defendants.

Case No. 20-cv-02188 (NEB/TNL)

## Order on Distribution of Wrongful Death Proceeds

This matter came on for hearing before the Honorable Nancy E. Brasel on July 28, 2022. Having considered the Petition and the documents filed in support of or in opposition to the Petition, any objections thereto, and arguments of counsel, the Court hereby APPROVES the Petition for Distribution of Wrongful Death Proceeds, and HEREBY ORDERS AS FOLLOWS:

1.  Petitioner's proposed distribution is approved in principle;

2.  NSD is awarded fees and costs in the amount of $427,778.85;

3.  Olson Defense is awarded fees in the amount of $44,000;

4.  JTH shall receive a distribution in the amount of $308,848.15;

5.  LH shall receive a distribution in the amount of $308,848.15;

6. Patricia Dahn shall receive a distribution in the amount of $10,000;

7. The Crime Victim's Reparations Board shall be reimbursed in the amount of $524.85;

8. No other distribution shall be made; and

9. Upon a global resolution with Hennepin County, Petitioner shall submit a supplemental petition to the Court presenting a specific plan for the structuring or otherwise securing of the minor funds.

Dated: _____

Hon. Nancy E. Brasel
United States District Judge