

150 South Fifth Street Suite 1850
Minneapolis, MN 55402
p: 612-455-7050
f: 612-455-7051
www.newmarkstorms.com

June 28, 2022

Via ECF

The Honorable Tony N. Leung
United States Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

**Re:** *Thomas Hunziker, as Trustee for the Next of Kin of ALH v. Patricia Doherty, et al.*, **Court File No. 20-CV-2188**

Your Honor,

    I write following the status conference held in this matter on Friday, June 24, 2022.  As discussed at the status conference, the parties have agreed to halt further discovery pending Judge Brasel's handling of the distribution hearings, the petition for which shall be heard by Judge Brasel on July 28, 2022.   As also discussed at the status conference, Plaintiff agrees to withdraw his pending motion to amend for punitive damages [ECF No. 94] **without** prejudice.  Additionally, Plaintiff reserved a hearing date for a motion to compel on July 20, 2022, but has not yet filed his motion paperwork.  To the extent necessary, Plaintiff withdraws the hearing on that motion as well without prejudice.

                                                                             Respectfully submitted,

                                                                             /s/ Jeffrey S. Storms

c: Counsel of Record